FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN JORDAN,<br><br>Defendant. | No. 2:20-PO-00031-JTR<br>    2:20-PO-00041-JTR<br>    2:20-PO-00049-JTR<br>    2:20-PO-00050-JTR<br>    2:20-PO-00051-JTR<br>    2:20-PO-00074-JTR<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |

**BEFORE THE COURT** is the United States' motion to dismiss, without prejudice, pursuant to FED. R. CRIM. P. 48(a).  ECF No. 18.  The United States is represented by Tyler H.L. Tornabene, a supervising United States Attorney, and legal intern Chelsea Parker.  Defendant is unrepresented.

The United States moves to dismiss the case because, after further consideration of the facts as currently provided by the investigating agency, the interests of justice direct a dismissal without prejudice at this time.  ECF No. 18 at 2.

Good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss, **ECF No. 18**, and the related motion to expedite, **ECF No. 19**, are **GRANTED**.

2. The pending charges for Illegal Camping, in violation of 36 C.F.R. § 327.7(a), Violation No. 9264556; Unauthorized Occupation After Warning to Vacate, in violation of 36 C.F.R. § 327.22(a), Violation No. 9264529; Residential Occupation, in violation of 36 C.F.R. § 327.22(a), Violation No. 9264557, Unauthorized Occupation, in violation of 36 C.F.R. § 327.22(a), Violation No. 9264530; Unauthorized Occupation, in violation of 36 C.F.R. § 327.22(a), Violation No. 9264531; and Failure to Comply with Lawful Order, in violation of

ORDER - 1

36 C.F.R. § 327.24(b), Violation No. 9264532 are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED November 10, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2